JUDGE HOLDERMAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MAURICE SMITH

MAGISTRATE JUDGE FINNEGAN

Violation: Title 18, United States Code, Section 2113(a)

14 CR 132

The SPECIAL MARCH 2013 GRAND JURY charges:

On or about July 2, 2013, at South Chicago Heights, in the Northern District of Illinois, Eastern Division,

MAURICE SMITH,

defendant herein, by intimidation, did take from the person and presence of a bank employee approximately $1,000 in United States currency belonging to and in the care, custody, control, management, and possession of Chase Bank, 3200 South Chicago Road, South Chicago Heights, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

FILED

MAR 1 2 2014

THOMAS G. BRUTON
CLERK U.S. DISTRICT COURT